39,768-05

CAUSE NO. 96-CR-170; WR-39,768,-05

ISMAEL DIAZ. Jr.,
Relater.,

v.

ABEL ACOSTA. District. Clerk,
Respondent.

§
§
§
§
§
§

In THE CRIMINAL COURTS
OF APPEALS OF TEXAS
P. O. Box 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RELATER IS REQUESTING CRIMINAL COURT OF APPEALS
FOR CONSIDERATION IN TIME GIVE RESPOND to writ mandamus.

NOW COMES (RELATER), requesting this Honorable CRiminal Court OF APPEALS at this time relater Can't give an answewer to my writ of mandamus. Relater have Been Put in Lichdown states for the Protaction of ther offender Diaz. Ismael Tdcj: 773 609, and Senior warden Vandra, ordered all Property Be Taken away from offender or relater's hands. I don't have my legal nots Ive resuched and motions I need to have to answered, None my Dictionary I need to answered knowing the wordes (?) typwriter and as well my resuch nots. For the Pest 30, days, have keep on requesting the help from mr. Vandra, and all hrahly vank's without no answer. He is under Violation of my Const. Amed. 8. Cruel and unusal Punishment or and my right to Petition to the State Const. Amed. 1. as well Recklesnes Const. Amed. 14. & Relater needs some time till I get all Property Bach; how Lons will it take" Its Questianal up to mr. Vandra.

Trutfully Submitted
@Damels
12120 Savage Drue #773609
Midway, Tx 75852
Pro Se #773609

C.C.
Senior warden Vandra
Ferguson Unit
12120 Savage Drue
Midway, Tx 75852

<u>Unsuawrn to declaration</u>
Pursuant To bouth Federal Law 28 u.s.c. § 1746 and Texas Civil Practice and Remedies Code §§ 132.001 132.003, I Ismael Diaz Jr. (Relater) An Incaicerate Citizen OF THE STATE OF TEXAS herein swear under Penaity that the forgoing is a True and CORRECT account of events described herein

Executed this 24th Day OF February 2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 27 2015
Abel Acosta, Clerk

Trutfully Submitted
@Damels
Ismael Diaz. Jr #773609
12120 Savage Drue
Midway, Tx 75852